**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

**In re:**   **CHRISTOPHER McCARTHY and**   Case No.  11-20657-PJD
**JENNIFER McCARTHY,**

**Debtors.**   Chapter   7

**UNITED STATES TRUSTEE'S MOTION FOR 2004 EXAMINATION
OF THE DEBTORS PURSUANT TO FED. R. BANKR. P. 2004
AND REQUEST FOR PRODUCTION OF DOCUMENTS**

In accordance with L. Bankr. R. 2004-1, the United States Trustee for Region 8 ("U.S. Trustee") moves for an examination of the Debtors, Christopher McCarthy and Jennifer McCarthy ("Debtors"), pursuant to Fed. R. Bankr. P. 2004 **and** Request for Production of Documents, to be conducted on **Friday, March 18, 2011 at 2:00 p.m.**

WHEREFORE, THE ABOVE PREMISES CONSIDERED, the U.S. Trustee prays that the Court authorize examination to be recorded by electric recording systems on **Friday, March 18, 2011 at 2:00 p.m.,** to be conducted at the United States Trustee's office, 200 Jefferson Avenue, Suite 400, Memphis, Tennessee 38103 and that the Debtors be required to produce the documents and things indicated below.

1. Documentation evidencing business expenses and payment thereof incurred by Jenmar Communications, LLC and MS Access Consulting for the 2009 calendar year.

2. Documentation evidencing business expenses and payment thereof incurred by Jenmar Communications, LLC and MS Access Consulting for the 2010 calendar year.

3. Documentation evidencing monthly health insurance premiums paid during 2010 and 2011.

UNITED STATE TRUSTEE'S MOTION FOR EXAMINATION  CASE NO. 11-20657
OF THE DEBTORS PURSUANT TO FED. R. BANKR. P. 2004  PAGE 2 of 3
AND REQUEST FOR PRODUCTION OF DOCUMENTS

4. Documentation evidencing monthly tuition for the two minor daughters paid during 2010 and 2011.

5. Copies of November, 2010 bank statements and cancelled checks for Jenmar Communications, LLC's Suntrust account ending in 2138.

6. Copies of November, 2010 bank statements and cancelled checks for Mrs. McCarthy's Ameriprise Financial account ending in 1886.

7. Copies of bank statements and cancelled checks for the period July 1, 2010 through January 31, 2011 for bank account ending in 3228 as referenced on the October 26, 2010 SunTrust statement for account ending in 1717.

8. Copies of bank statements and cancelled checks for the period July 1, 2010 through January 31, 2011 for bank account ending in 6177 as referenced on the December 28, 2010 SunTrust statement for account ending in 1717.

9. Produce all documents that identify the source of the $8,414.93 in deposits listed on the October 26, 2010 statement for SunTrust account ending #1717.

10. Produce all documents that evidence the disposition of the $7,041.57 over-the-counter withdrawal listed on the October 26, 2010 statement for SunTrust account ending #1717.

11. Produce all documents that identify where Mrs. McCarthy's payroll checks for the period October 1, 2010 through November 12, 2010 were deposited.

    Respectfully submitted,

    RICHARD F. CLIPPARD
    UNITED STATES TRUSTEE FOR REGION 8

By: /s/ Madalyn S. Greenwood,(#12241)
   United States Department of Justice
   Office of United States Trustee
   200 Jefferson Avenue, Suite 400
   Memphis, TN 38103
   (901) 544-3486

**UNITED STATE TRUSTEE'S MOTION FOR EXAMINATION**      **CASE NO.  11-20657**
**OF THE DEBTORS PURSUANT TO FED. R. BANKR. P. 2004**      **PAGE 3 of 3**
**AND REQUEST FOR PRODUCTION OF DOCUMENTS**

## CERTIFICATE OF SERVICE

    I, Madalyn S. Greenwood, hereby certify this 3rd day of March, 2011 service of a true and accurate copy of the foregoing by electronic means and/or via regular U.S. Mail, postage prepaid, to the following persons in accordance with Guideline 17B of the Amended Guidelines for Electronic Filing.

                                                                     <u>/s/ Madalyn S. Greenwood, (#12241)</u>

Debtors
Debtors' Attorney
Chapter 7 Trustee